**224**

fully in the majority's determination that appellant is not entitled to PCRA relief.

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, COUNCIL 13, AFL–CIO, through its Trustee ad litem, Edward J. KELLER; Bryan S. Boyer, Robert Russel Diehl, Bruce Facer, Thomas H. Pickering, Ricci Lee Ritter and Gabe White, in their own behalf and in behalf of a class of Employees of the Commonwealth of Pennsylvania Department of Corrections; and Phil Formicola and Gregory Camma, in their own behalf and in behalf of a class of Employees of the Commonwealth of Pennsylvania Board of Probation and Parole, Appellees

v.

COMMONWEALTH of Pennsylvania; Thomas J. Ridge, Governor of the Commonwealth of Pennsylvania; Jeffrey A. Beard, Secretary, Department of Corrections; William C. Ward, Chairman, Board of Probation and Parole; Eugene W. Hickok, Secretary, Department of Education; Robert A. Bittenbender, Secretary, Office of the Budget; Robert P. Casey, Jr., Auditor General; Barbara Hafer, Treasurer; and Sandra Feigley, in her Personal Capacity and in her Capacity as Chief Executive Officer and Publisher of www.prisoners.com; and prisoners.com, Appellants,

Appeal of Sandra Feigley.

Supreme Court of Pennsylvania.

Dec. 28, 2001.

***ORDER***

PER CURIAM:

AND NOW, this 28th day of December, 2001, the Order of the Commonwealth Court dated April 6, 2001, is affirmed.

Luis CLAUDIO and Sexta Claudia, IDV. and as H/W, Appellees,

v.

DEAN MACHINE COMPANY, INC., Burton Industries, American Steel Line, Inc., North American Brass, Inc., and Hannum Electric Company, Appellants.

Superior Court of Pennsylvania.

Argued April 24, 2001.

Filed Aug. 1, 2001.

Reargument Denied Sept. 27, 2001.

